UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL GUZMAN<br><br>                            Plaintiff,<br><br>  -against-<br><br>D & C LOOP INC. (DBA SHINJKU),<br> and TENG HUANG, individually<br><br>                          Defendants. | 24-CV-2235 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 24, 2024, this case was referred for mediation pursuant to the pilot program for cases involving claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. (*See* ECF 10.) Accordingly, the Initial Case Management Conference scheduled for May 15, 2024 and related deadlines are adjourned sine die.  **Within two business days** of the conclusion of the mediation, the parties shall file a joint letter on the docket indicating whether they have reached a settlement in principle.

DATED:  May 10, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge